United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **KATJA SEEGER DESSENBERGER,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01842** |
| | § | |
| **WARDEN, *et al.*,** | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of her detention in federal immigration custody. Petitioner names the Warden of the CoreCivic Laredo Processing Center; Miguel Vergara, Harlingen Field Office Director of U.S. Immigration and Customs Enforcement, in his official capacity; David J. Venturella, Acting Director of United States Immigration and Customs Enforcement, in his official capacity; Markwayne Mullin, Secretary of the United States Department of Homeland Security, in his official capacity; and Todd Blanche, Attorney General of the United States, in his official capacity, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition **<u>no later than October 23, 2026</u>.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, she must do so **<u>no later than October 30, 2026</u>.**[1]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at <u>USATXS.CivilNotice@usdoj.gov</u>. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned removal or transfer of Petitioner outside of the

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Southern District of Texas at least seven (7) days before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on October 16, 2026.

John A. Kazen
United States District Judge